**Lonnie SNELLING, Appellant,**

v.

**Patrick J. KENNY, et al., Defendants,**

and

**Matthew S. Chase and J.D. Haynes, Respondents.**

No. ED 102460

Missouri Court of Appeals, Eastern District, *DIVISION THREE*.

Filed: September 29, 2015

---

Lonnie Snelling, Pro Se, 5039A Kensington Ave., St. Louis, MO 63108, for appellant.

Matthew S. Chase, 231 South Bemiston Ave., Ste. 800, Clayton, MO 63105, Pro Se and Atty. for Resp. J.D. Haynes.

Kara Dyan Krawzik, 7701 Forsyth Blvd., Ste. 800, St. Louis, MO 63105, Atty. for Defendants Jack Fishman and The Fishman Law Firm PC.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM.

Lonnie Snelling appeals the judgment dismissing Count XI of his second amended petition[1] against Respondents Matthew S. Chase and J.D. Haynes. No error of law appears. An extended opinion would have no precedential value. We affirm the judgment of the trial court under Rule 84.16(b).

---

1. Count XI of Snelling's second amended petition is titled "Abuse of Process/Intentional Interference with Judgment/Punitive Damages."